**Appeal reinstated and Order filed January 4, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO.   14-21-00452-CV
_____

### ZHILI "JENNY" ZHAO, Appellant

### V.

### YUE "MARK" WANG, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-49317**

## ORDER

This appeal was abated to allow the parties to mediate their dispute.   As no dispositive motion has been filed in this case, the court hereby **REINSTATES** this appeal and directs appellee to file his brief within **21 days** of the date of this order.


PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.